IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Criminal Case No. 25-cr-00025-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADARRIN SMITH,

    Defendant.

## ORDER REASSIGNING CASE

Pursuant to D.C.COLO.LCrR 50.1(a), and with the approval of the Chief Judge and the consent of Judge Domenico, it is

**ORDERED** that the Clerk of the Court shall transfer this case to Judge Daniel D. Domenico. It is further

**ORDERED** that all future filings in this case shall be docketed under Criminal Case No. 25-cr-00025-DDD.

DATED: January 30, 2025

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge